**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                  Case No. 16-31980

SHANNON K SMITH

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/06/2016.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 06/05/2017.

6)  Number of months from filing to last payment: 7.

7)  Number of months case was pending: 10.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,420.00 | |
| Less amount refunded to debtor | $0.00 | |

**NET RECEIPTS:**      **$1,420.00**

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,354.69 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $65.31 | |
| Other | $0.00 | |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$1,420.00**

Attorney fees paid and disclosed by debtor:      $90.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE | Unsecured | 1,503.58 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICE | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICE | Unsecured | 452.19 | NA | NA | 0.00 | 0.00 |
| Baystate Gas-brockton | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| BISHOP PARK APARTMENTS | Unsecured | 4,720.33 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,483.52 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CLEARWIRE | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,196.00 | 1,237.37 | 1,237.37 | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| CROSSROADS AUTO MART | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1,455.64 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1,661.24 | 1,695.84 | 1,695.84 | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 892.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH FINANCIAL SERVICES | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| HARRIS TRUST & SAVINGS BANK | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 6,396.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 75.94 | 277.90 | 277.90 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 607.52 | 439.09 | 439.09 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| INDIANA DEPT OF REVENUE | Priority | NA | 31,086.44 | 0.00 | 0.00 | 0.00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | 10,456.79 | 0.00 | 0.00 | 0.00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | 543.77 | 0.00 | 0.00 | 0.00 |
| INDIANA DEPT OF REVENUE | Secured | 531.47 | 565.42 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | 1,349.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 12,035.18 | 14,026.31 | 14,026.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,229.16 | 7,370.70 | 7,370.70 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN MOTOR MART | Secured | 975.00 | NA | 975.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 658.56 | 768.36 | 768.36 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 202.50 | 202.50 | 202.50 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 2,258.61 | 2,258.61 | 2,258.61 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 207.23 | 207.23 | 207.23 | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTIONS | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTIONS | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 323.79 | 323.79 | 323.79 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 800.32 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 8,691.52 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT IN | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 786.45 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 982.85 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | 314.50 | NA | NA | 0.00 | 0.00 |
| Receivables Management | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions | Unsecured | 95.20 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SHERWIN WILLIAMS CU | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Serivces | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim<br>Allowed | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $975.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$975.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,648.60 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$7,648.60** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$21,949.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,420.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$1,420.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/02/2017               By: /s/ Tom Vaughn _____
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**